ORDER
PER CURIAM
On consideration of the joint motion for summary affirmance filed 'by G.A.P. and the minor child’s guardian ad litem, appellant’s brief and appendix, and the record on appeal, it is
ORDERED that the motion for summary affirmance is denied. See Oliver T. Carr Mgmt., Inc. v. Nat’l Delicatessen, Inc., 397 A.2d 914, 915 (D.C.1979). It is
FURTHER ORDERED that the brief of each appellee, or a statement that the party will not be filing a brief, shall be filed within thirty days from the date of this order and the reply brief of appellant, if any, shall be filed no later than fifteen days thereafter. It is
FURTHER ORDERED that this appeal shall be placed on the court’s calendar for consideration during the month of January 2016. It is
FURTHER ORDERED that any requests for extensions of time will be looked upon with disfavor and will be granted only upon a showing of good cause.